UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peggy Hiestand,

Civil File No.: 01-1875 MJD/RLE

Plaintiff,

vs.

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT A & S COLLECTION ASSOCIATES, INC.**

A & S Collection Associates, Inc.,
a Florida corporation, and
Northern Management, Inc.,
a Minnesota corporation,

Defendants.

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, through her attorney, stipulates to the dismissal of Defendant A & S Collection Associates, Inc. in the above-entitled matter on the merits with prejudice, without costs or attorney fees to any party.

Dated: December 19, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

FILED JAN 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 07 2001
DEPUTY CLERK

**ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED, that Plaintiff's claims as to Defendant A & S Collection Associates, Inc., are dismissed with prejudice and without costs or attorney fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-6-02

Michael J. Davis
United States District Judge