# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peggy Hiestand,

Plaintiff,

Case No. Civil 01-1875 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

A & S Collection Associates, Inc.,
a Florida corporation, and
Northern Management, Inc.,
a Minnesota corporation,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED Based upon the above stipulation, IT IS HEREBY ORDERED, that Plaintiff's claims as to Defendant A & S Collection Associates, Inc., are dismissed with prejudice and without costs or attorney fees to either party.**

DATE: January 7, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

6