**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Peggy Hiestand,

Plaintiff,

vs.

A & S Collection Associates, Inc.,
a Florida corporation, and
Northern Management, Inc.,
a Minnesota corporation,

Defendants.

Civil File No.: 01-1875 MJD/RLE

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT NORTHERN MANAGEMENT, INC.**

---

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their attorneys, stipulate to the dismissal of Defendant Northern Management, Inc. in the above-entitled matter on the merits without prejudice, without costs or attorney fees to any party.

Dated: January 10, 2002

Eric L. Crandall, Esq. (189492)
Attorney for Plaintiff
275 South Third Street, Suite 101
Stillwater, MN 55082
(651) 430-8187

Dated: January 23, 2002

Neil C. Franz, Esq. (123845)
Neils, Franz, Chirhart, P.A.
Attorney for Northern Management, Inc.
Executive Plaza Building
1011 Second Street North, Box 307
Saint Cloud, MN 56302
(320) 253-7130

JAN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Peggy & Ryan Hiestand, et al v. Northern Management, Inc., Civil No.: 01-1875 (MJD/RLE)

**ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED, that Plaintiff's claims as to Defendant Northern Management, Inc., are dismissed with prejudice and without costs or attorney fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-28-02

Michael J. Davis
United States District Judge