# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peggy Hiestand

Plaintiff

v.

A&S Collection Associates, Inc., and Northern Management, Inc.

Defendants

Case No. Civil 01-1875 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims as to defendant Northern Management, Inc. are dismissed with prejudice and without costs or attorney fees to either party.

DATE: January 28, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

8